UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds And The Westchester Teamsters Local Union No. 456 <br><br> Plaintiffs, <br><br> -against- <br><br> SITEWORKS CONTRACTING CORP., <br><br> Defendant. | ) 08-CIV-3407 (WCC) <br> ) <br> ) ECF CASE <br> ) <br> ) <br> ) **ORDER TO SHOW** <br> ) **CAUSE FOR** <br> ) **DEFAULT JUDGMENT** <br> ) |

---

CONNER, Sr. D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held on the 18th day of July, 2008 at 10:00 o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant SITEWORKS CONTRACTING CORP. by certified mail, return receipt requested on or before the 21st day of June, 2008, and such service shall be deemed good and sufficient service.

SO ORDERED.

Dated: White Plains, New York
June 20, 2008

_William C. Conner_
WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES FAXED TO COUNSEL OF RECORD for TL