UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) ) | Index # 08-CIV-3407 (WCC) |
| Plaintiffs, | ) ) | **DEFAULT JUDGMENT** |
| -against- | ) ) ) | |
| SITEWORKS CONTRACTING CORP., | ) ) ) | |
| Defendant. | ) ) | |

This action having been commenced on April 7, 2008 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on April 14, 2008 via New York's Secretary of State and proof of such service thereof was filed on April 21, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Thousand One Hundred Seventy Seven Dollars and Sixty Eight Cents ($30,177.68) which includes the following: Benefit Fund Contributions due and owing in the sum of $22,020.00 for the period 10/07-12/07; plus liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $2,202.00; interest at the rate 10% per annum for each delinquent month through to June, 2008 in the sum $762.87; back interest owed for the period 5/03-9/07 in the sum of $1,459.81, attorneys' fees calculated at 15% of the principal delinquency amount in the sum of $3,303.00; plus court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      , 2008

        So Ordered:

        _____
        Honorable William C. Conner, U.S.D.J.

Case 7:08-cv-03407-WCC     Document 6     Filed 07/07/2008     Page 2 of 2

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      , 2008

        So Ordered:

CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                          ss.:
COUNTY OF WESTCHESTER)

    Resa Bernardini, being duly sworn, deposes and says:

    I am not a party to the within action, am over the age of 18 years and reside at Westchester County, New York. That on June 20, 2008, I served a true copy of the Order To Show Cause For Default Judgment and supporting documents by mailing same in a sealed envelope with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York addressed to the defendant via certified mail rrr:

    Siteworks Contracting Corp.
    100 Hartford Avenue
    Mt. Vernon, NY 10553

_____
Resa Bernardini

Sworn to before me this
20th day of June, 2008.

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

RECEIPT
7183 9113 0240 0000 1918
FROM:
Resa Bernardini
RE:
SEND TO:
Siteworks Contracting Corp.
100 Hartford Avenue
Mt. Vernon, NY 10553

FEES:
Postage          0.39
Certified Fee    2.40
Return Receipt   1.85
Restricted
TOTAL          $ 4.64
POSTMARK OR DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, <br><br> Plaintiffs, <br><br> -against- <br><br> SITEWORKS CONTRACTING CORP., <br><br> Defendant. | ) <br> ) <br> ) Index # 08-CIV-4307 (WCC) <br> ) <br> ) <br> ) **AFFIDAVIT IN SUPPORT** <br> ) **OF DEFAULT JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF WESTCHESTER )

Karin Arrospide, Esq., being duly sworn, deposes and says:

1. I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, as the attorneys of record for the Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), in the above entitled action. I am fully familiar with the facts set forth herein, and I submit this Affidavit in support of plaintiffs' entry of Default and Judgment.

2. Plaintiff Funds are jointly administered, multi-employer, labor management employee benefit trust funds established and maintained pursuant to the terms of various collective bargaining agreements and the Labor Management Relations Act of 1947 ("Taft-Hartley Act").

3. Defendant SITEWORKS CONTRACTING CORP., (hereinafter referred to as "the Employer") is an Employer within the meaning of Section 3(5) and 515 of ERISA, 29 U.S.C. Section 1002(5) and 1145, and an Employer in an industry affecting commerce within the meaning of Section 301 of the Taft-Hartley Act, 29 U.S.C. Section 185.

4. This is an action to recover certain delinquent benefit fund contributions owed to the Funds and contributions owed to the Union by the Employer pursuant to a Collective Bargaining Agreement (hereinafter referred to as the "C.B.A.") between the Union and the Employer.

5. Defendant, as party to the C.B.A., is required to remit to the Plaintiffs benefit contributions and reports and is liable for the additional amount of statutory damages, together with attorneys' fees, interest on the unpaid principal, liquidated damages on the ERISA Funds costs and disbursements incurred in the action pursuant to the terms of the C.B.A. and in accordance with Section 502 of ERISA, 29 U.S.C. Section 1132.

6. Jurisdiction of the subject matter of this action is based on the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

7. This action was commenced on April 7, 2008 by the filing of the summons and complaint The summons and complaint were served upon the Employer on April 14, 2008 via New York's Secretary of State.

8. The Proof of Service was filed with the Clerk of this Honorable Court on April 21, 2008. Copies of the summons, complaint, and proof of service thereof are annexed hereto collectively as Exhibit "A".

9. The defendant has failed and refused to submit benefit fund contributions for the period October, 2007 – December, 2007.

10. Plaintiffs are entitled to damages as follows:

(a) In the minimum sum of $30,177.68 for the period October, 2007 – December, 2007: (which includes $22,020.00 in unpaid contributions to the Funds and Union; $762.87 in interest calculated at ten percent (10%) per annum for each delinquent month through June, 2008; $1,459.81 in unpaid interest for late contributions owed for the period 5/03-9/07; $2,202.00 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorneys' fees in the amount of $3,303.00 calculated at 15% of the principal amount due; and court costs and disbursements in the amount of $430.00 pursuant to the

collective bargaining agreement and in accordance with Section 502 (g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D)).

(b) For such other and further relief as the Court deems appropriate.

WHEREFORE, plaintiffs request the entry of Default and the entry of the annexed Judgment against defendants in the amount of $30,177.68.

Dated: Elmsford, New York
June 6, 2008

*Karin Arrospide* (signature)
Karin Arrospide, Esq.(KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 6th
day of June, 2008.

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, <br><br> Plaintiffs, <br><br> -against- <br><br> SITEWORKS CONTRACTING CORP., <br><br> Defendant. | Index # 08-CIV-3407 (WCC) <br><br> **STATEMENT OF DAMAGES** |

| | |
|---|---|
| Principal Amount Due .................................................................... <br> for the period 10/07-12/07 | $22,020.00 |
| Interest calculated at (10%) per annum for each delinquent month through to June, 2008............................................................ | $   762.87 |
| Back Interest owed for the period 5/03-9/07...................................... | $ 1,459.81 |
| Liquidated damages calculated at 10% of the ERISA Benefit Funds......... | $ 2,202.00 |
| Attorney's Fees pursuant to the Collective Bargaining Agreement which is 15% of the Principal Amount due......................................................................... | $ 3,303.00 |
| Court Costs & Disbursements: | |
|     Filing Fees (Index)............................................................ | $   350.00 |
|     Process Server Fee............................................................ | $    80.00 |
| **GRAND TOTAL:**............................................................ | **$30,177.68** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>SITEWORKS CONTRACTING CORP.,<br><br>                                    Defendant. | Index # 08-CIV-3407 (WCC)<br><br>**CLERK'S CERTIFICATE** |

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action was commenced on April 7, 2008 with the filing of the Summons and Complaint. The summons and complaint were served upon the Employer on April 14, 2008 via New York's Secretary of State and proof of such service thereof was filed on April 21, 2008.

      I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
          June 12 , 2008

                                            J. MICHAEL MCMAHON
                                            Clerk of the Court

                                            By:_____
                                                   Deputy Clerk