ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                    Plaintiffs,<br><br>              -against-<br><br>SITEWORKS CONTRACTING CORP.,<br><br>                    Defendant. | ECF CASE<br><br>Index # 08-CIV-3407 (WCC)<br><br>AMENDED<br>**ORDER TO SHOW**<br>**CAUSE FOR**<br>**<u>DEFAULT JUDGMENT</u>** |

CONNER, Sr. D.J.:

      Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

      ORDERED, that a conference, previously scheduled to proceed on July 18, 2008 at 10:00 o'clock, shall be held on the 1st day of Aug., 2008 at 9:45 o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

      ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant Siteworks Contracting Corp. by overnight mail on or before the 11th day of July, 2008, and such service shall be deemed good and sufficient service.

SO ORDERED.

Dated: White Plains, New York
       July 9, 2008

                                      WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FAXED