## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                          ss.:
COUNTY OF WESTCHESTER)

      Resa Bernardini, being duly sworn, deposes and says:

      I am not a party to the within action, am over the age of 18 years and reside at Westchester County, New York. That on July 10, 2008, served a true copy of the Amended Order To Show Cause For Default Judgment by mailing a true copy of same enclosed in a post-paid wrapper by certified mail rrr in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

      SITEWORKS CONTRACTING CORP.
      27 HIGHLAND AVENUE
      NEW ROCHELLE, NY 10801

*Resa Bernardini*

Sworn to before me this
10 th day July, 2008.

*Notary Public*

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

RECEIPT
7183 9113 0240 0000 2847
FROM:
  Theresa Hach
RE:
DP:
PB:

SEND TO:
SITEWORKS CONTRACTING C
27 HIGHLAND AVENUE
NEW ROCHELLE, NY 10801

FEES:
Postage         0.39
Certified Fee   2.40
Return Receipt  1.85
Restricted
TOTAL          $ 4.64
POSTMARK OR DATE
JUL 10 2008
USPS